# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KRISHNA PATEL AND VIJAY PATEL, ) <br> ) <br>    Appellants, ) <br> ) <br> v. ) <br> ) <br> DOUG HUGHES, TRX SOFTWARE ) <br> DEVELOPMENT, INC.,OVER THE TOP ) <br> TECHNOLOGIES, LLC, TAX LYNC, LLC, ) <br> 1040 LYNC, LLC, TAX EXACT SALES, LLC, ) <br> TERRELL DUSTIN HUGHES, X-PLATFORM ) <br> EXPERTS RAK FREE TRADE ZONE, ROGER ) <br> ZIEMS, JAMES FREEMAN, DAVID HARRIS, ) <br> STEVEN LEFKOVITZ, BRYAN PIEPER, ) <br> STEPHEN J. ZRALEK, SANTA BARBARA ) <br> TAX PRODUCTS GROUP, RIVER CITY BANK, ) <br> AND ATLAS FINANCIAL SERVICES, ) <br> ) <br>    Appellees. ) | Civil No. 3:21-cv-00436 <br> Judge Trauger |

## ORDER

On July 28, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 142), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The Joint Motion to Dismiss Appeal or Strike Appellants' Brief (Doc. No. 133) is DENIED.

2. The Order entered by the Bankruptcy Court on May 24, 2021 is hereby AFFIRMED in all respects, and this appeal is DISMISSED WITH PREJUDICE.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge